# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5076**                                 **September Term, 2025**

**1:25-cv-01844-DLF**

**Filed On:** June 11, 2026

In re: Cindy Young,

      Petitioner

**BEFORE:**     Walker, Childs, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the petition for a writ of mandamus and the notice of district court filings, it is

**ORDERED** that the mandamus petition be dismissed as moot. Petitioner seeks an order directing the district court to rule expeditiously on her motion to intervene, but the district court denied that motion on March 30, 2026. See McBryde v. Comm. to Review, 264 F.3d 52, 55 (D.C. Cir. 2001) (explaining that a case becomes moot "[i]f events outrun the controversy such that the court can grant no meaningful relief").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

            BY:    /s/
                     Selena R. Gancasz
                     Deputy Clerk